UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JAMES LAMMERS,

    Plaintiff,

v.

PATHWAYS TO A BETTER LIFE, LLC,

    Defendant.

Case No.: 18-cv-1579

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Attorney David J. Hanus of Hinshaw & Culbertson LLP appears on behalf of defendant Pathways to a Better Life, LLC and hereby demands that copies of all pleadings and other documents to be filed with the Court be served upon counsel via the Electronic Case Filing System ("ECF").

Dated this 29th day of July, 2019.

/s/ David J. Hanus
David J. Hanus
State Bar No. 1027901
Attorneys for Defendant PATHWAYS TO A BETTER LIFE, LLC
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address(es):
dhanus@hinshawlaw.com